**UNITED STATES DISTRICT COURT**

**DISTRICT OF MONTANA**

**GREAT FALLS DIVISION**

| | | |
|---|---|---|
| Chester Lawrence Price, Jr., | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 9-108-GF-SEH |
| | ) | |
| | ) | |
| State of Montana, et al. | ) | |
| | ) | |
| Respondents. | ) | |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
that judgment is entered in favor of Respondents and against Petitioner, and that this action is DISMISSED.

Dated this 6th day of July, 2010.

PATRICK E. DUFFY, CLERK

By: /s/ T.A. Gesh
Deputy Clerk