

FILED
2010 JUL 21 AM 11 26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| CHESTER LAWRENCE PRICE, JR.,<br><br>      Petitioner,<br><br>vs.<br><br>STATE OF MONTANA; MIKE MAHONEY; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>      Respondents. | No. CV-09-108-GF-SEH<br><br>**AMENDED ORDER** |

To correct a misstatement in the Order of July 6, 2010, and to accurately state the grounds asserted in the petition dismissed with prejudice, the July 6, 2010, Order is amended, as follows:

-1-

United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] on April 26, 2010. Petitioner filed Objections[2] on May 11, 2010, and "Notice of Supplimental (sic) Authority"[3] on June 16, 2010. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, and full consideration of the objections and Notice of Supplemental Authority[4], I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Petition[5] is DISMISSED as follows:

    a. Grounds 1 and 3 are DENIED on the merits; and

    b. Grounds 2 and **4-8** are DISMISSED WITH PREJUDICE.

2. A certificate of appealability is DENIED.

---

[1] Document No. 10.

[2] Document No. 11.

[3] Document No. 12.

[4] Attached to the "Notice of Supplimental (sic) Authority" are three letters directed to "Whom it May Concern" and two letters directed to the Montana Pardon and Parole Board. All are characterized as supplemental support to the petition.

[5] Document No. 1.

3.  The Clerk of Court is directed to close this matter and enter judgment in favor of Respondents and against Petitioner.

DATED this 21st day of July, 2010.

*[signature]*
SAM E. HADDON
United States District Judge